**Order filed May 10, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00644-CV
_____

**GREG GIBSON AND CRISTINE GIBSON, Appellants**

**V.**

**JOSE FERNANDO CUELLAR, Appellee**

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2010-13000**

## ORDER

The reporter's record was filed in this appeal on August 10, 2012. Although exhibits were admitted at the bench trial held March 29, 2012, those exhibits were not filed with the reporter's record in this court.

Terri W. Anderson, the court reporter for the 11th District Court, is directed to deliver to the clerk of this court copies of the original exhibits admitted at the bench trial on or before **May 29, 2013.**

If the omitted exhibits were not requested by appellants to be made a part of the record, or the appellants have not made payment arrangements, the court reporter is directed to file written communication with this court stating that the exhibits were not requested or payment arrangements were not made.

PER CURIAM